U.S. COURTS

SEP 07 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE PHIL MCGRANE<br>700 W. Jefferson Street, Room E-205, Boise, ID 83702<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>Defendants. | Case No. _____ |

**MOTION BY PRO SE LITIGANT TO OBTAIN ELECTRONIC CASE FILING RIGHTS**

As Plaintiff in the above-captioned matter, I, John Anthony Castro, respectfully request permission from this Honorable Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register, I will receive notices and documents only by e-mail in this case and not by regular mail.

3. I have access to the technical requirements necessary to e-file successfully:

    a. A computer with internet access;

    b. An e-mail account that can receive notifications from the Court and notices from the e-filing system on a daily basis;

    c. A scanner to covert documents that are only in paper format into electronic files;

    d. A printer or copier to create required paper copies such as copies for chambers;

    e. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents may be filed; and

    f. A PACER account.

4. I understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format of the ECF system set out in the mist current edition of the ECF Policies and Procedures Manual issued by the Clerk.

5. I understand that permission to file electronically may be revoked at any time.

Respectfully submitted,

Dated: September 3, 2023.

By:   */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On September 3, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.

*/s/ John Anthony Castro*
John Anthony Castro