# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

JOHN ANTHONY CASTRO )
12 Park Place, Mansfield, TX 76063 )
)
    Plaintiff, )
)
v. )
)
SECRETARY OF STATE PHIL MCGRANE )   Case No. 1:23-cv-00393-DKG
700 W. Jefferson Street, Room E-205, Boise, ID )
83702 )
)
DONALD JOHN TRUMP )
1100 S. Ocean Blvd, Palm Beach, FL 33480 )
)
    Defendants. )
)

U.S. COURTS

OCT 03 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

Dated: September 27, 2023.      By:      Respectfully submitted,

*/s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On September 27, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF. If not, they will be served via U.S. postal mail.

/s/ *John Anthony Castro*
John Anthony Castro